UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Krystal Dominique Grimes, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 20-67071-SMS |

**NOTICE OF HEARING ON MOTION TO RECONSIDER DISMISSAL ORDER AND REOPEN CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "Motion" and related papers with the Court seeking to reconsider order of dismissal and reopen Chapter 7 case.

*"Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in **Courtroom 1201 of the United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia at 10:30 A.M. on December 16, 2020.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, *U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303*. You must also mail a copy of your

response to the undersigned at the address stated below.

Dated:  November 10, 2020

Respectfully Submitted,
The Ballard Law Group

_____/s/_____
Cha'Ron A. Ballard,
Attorney for Debtor
GA Bar No.251011
3664 Club Drive, Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 (Telephone)
(404) 220-9907 (Fax)
theballardlawgroup@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Krystal Dominique Grimes, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 20-67071-SMS |

## MOTION TO RECONSIDER DISMISSAL ORDER AND REOPEN CHAPTER 7 CASE

Comes now, Debtor, Krystal Dominique Grimes and moves this Court to reopen this Chapter 7 case. In support thereof, Debtor shows the Court as follows:

1.

This case was commenced upon the Debtor filing a Voluntary Petition in Bankruptcy for relief under Chapter 7 of Title 11 of the United States Code on June 9,2020.

2.

This Chapter 7 case was dismissed on September 25, 2020 as a result of the Debtor's failure to cure the filing fee deficiency.

3.

The Debtor had several family emergencies arise as a direct result of the pandemic and did not make the final installment payment of the filing fee that was due on August 10, 2020. Debtor has made the final filing fee installment payment on November 9, 2020.

WHEREFORE, Debtor requests that the estate be re-opened; and for such other and further relief as the Court deems appropriate and just.

Dated: November 10, 2020

Respectfully Submitted,
The Ballard Law Group

/s/
Cha'Ron A. Ballard,
Attorney for Debtor
GA Bar No.251011
3664 Club Drive, Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 (Telephone)
(404) 220-9907 (Fax)
theballardlawgroup@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Krystal Dominique Grimes, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 20-67071-SMS |

CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury:

That I am more than eighteen years of age, and that on this day I served a copy of the within "Notice of Hearing on Debtor's Motion to Reconsider Order of Dismissal and Reopen Chapter 7 Case" filed in this bankruptcy case upon S. Gregory Hays - Chapter 7 Trustee and upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Chapter 7 Trustee:
S. Gregory Hays
Hays Financial Consulting LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Krystal Domonique Grimes
2285 Metropolitan Parkway
Unit 215
Atlanta, GA.

All Creditors Attached


Dated: November 10, 2020

                                                Respectfully Submitted,
                                                The Ballard Law Group

                                                             /s/
                                                  Cha'Ron A. Ballard,
                                                Attorney for Debtor
                                                GA Bar No.251011
                                3664 Club Drive, Suite 203 A
                                       Lawrenceville, GA 30044
                                    (404) 220-9906 (Telephone)
                                          (404) 220-9907 (Fax)
                              theballardlawgroup@gmail.com

Case 20-67071-sms    Doc 26    Filed 11/10/20    Entered 11/10/20 13:34:34    Desc Main
Document    Page 6 of 8

```
Label Matrix for local noticing          Cha'Ron D. Bullard                    Caine & Weiner
113E-1                                   The Ballard Law Group, P.C.           Attn: Bankruptcy
Case 20-67071-sms                        Suite 203 A                           5805 Sepulveda Blvd
Northern District of Georgia             3664 Club Drive                       Sherman Oaks, CA 91411-2546
Atlanta                                  Lawrenceville, GA 30044-2995
Mon Nov  9 15:24:41 EST 2020

(p)CAINE & WEINER COMPANY                Clearwater Credit Comp                Comenity Bank/Lane Bryant
12005 FORD ROAD 300                      Po Box 378                            Attn: Bankruptcy
DALLAS TX 75234-7262                     West Henrietta, NY 14586-0378         Po Box 182125
                                                                               Columbus, OH 43218-2125


Comenity Bank/Lane Bryant                Comenity/MPRC                         Comenity/MPRC
Po Box 182789                            Attn: Bankruptcy                      Po Box 182120
Columbus, OH 43218-2789                  Po Box 182125                         Columbus, OH 43218-2120
                                         Columbus, OH 43218-2125


First Credit Services                    First Credit Services                 (p)GEORGIA DEPARTMENT OF REVENUE
377 Hoes Lane                            Attn: Bankruptcy                      COMPLIANCE DIVISION
Piscataway, NJ 08854-4155                Po Box 55  3 Sciles Ave               ARCS BANKRUPTCY
                                         Piscataway, NJ 08855-0055             1800 CENTURY BLVD NE SUITE 9100
                                                                               ATLANTA GA 30345-3202


Krystal Dominique Grimes                 S. Gregory Hays                       Internal Revenue Service
1285 Metropolitan Parkway                Hays Financial Consulting, LLC        401 W. Peachtree St. NW
Unit 215                                 Suite 555                             Stop:334-D
Atlanta, GA 30315-6243                   2964 Peachtree Road                   Atlanta, GA 30308
                                         Atlanta, GA 30305-4909


Magistrate Court Fulton County           Medical Data Systems (MDS)            Medical Data Systems (MDS)
185 Central Ave. SW                      128 W Center Ave                      Attn: Bankruptcy Dept
Suite TG700                              Sebring, FL 33870-3103                2001 9th Ave Ste 312
Atlanta, GA 30303-3682                                                         Vero Beach, FL 32960-6413


New City Funding Corp                    Nissan Motor Acceptanc                Office of the United States Trustee
146 S Liberty Dr Ste B3                  P.o. Box 660366                       362 Richard Russell Building
Stony Point, NY 10980-2425               Dallas, TX 75266-0366                 75 Ted Turner Drive, SW
                                                                               Atlanta, GA 30303-3315


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Roy D. Reagin, Jr.                    Second Round Sub LLC, Assignee
PO BOX 41067                             3100 Breckenridge Blvd.               of Comenity Capital Bank
NORFOLK VA 23541-1067                    Suite 722                             3700 Brenckinridge Blvd #722
                                         Duluth, GA 30096-4985                 Duluth, GA 30096


Chad Ralston Simon                       Southwest Credit Systems              Southwest Credit Systems
Sonial and Associates, P.C.              4120 International Parkway            4120 International Parkway
P.O. Box 80727                           Carrollton, TX 75007-1958             Suite 1100
Atlanta, GA 30366-0727                                                         Carrollton, TX 75007-1958


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| aine & Weiner<br>o Box 55848<br>Sherman Oaks, CA 91413 | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd, Suite 17200<br>Atlanta, GA 30345 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 |

(d)Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nissan Motor Acceptance Corp.,

End of Label Matrix
Mailable recipients     27
Bypassed recipients      1
Total                   28